**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6563**

———————

BILL BARNES,

                                        Petitioner - Appellant,

        versus

NORTH CAROLINA ATTORNEY GENERAL; MIKE EASLEY,
Superintendent,

                                        Respondents - Appellees.

———————

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Greensboro.  Richard C. Erwin, Senior
District Judge.  (CA-96-711-3)

———————

Submitted:  October 23, 1997      Decided:  November 14, 1997

———————

Before HAMILTON and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Bill Barnes, Appellant Pro Se.  Clarence Joe DelForge, III, OFFICE
OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Barnes v. North Carolina Attorney General, No. CA-96-711-3 (M.D.N.C. Apr. 3, 1997).We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2